FILED
CLERK, U.S. DISTRICT COURT
OCT - 7 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ISRAEL JAUREGUI,<br><br>        Defendant. | CASE NO. CR 05-00036-ABC<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Cim.P. 32.1(a)(6) 18 U.S.C. § 3143(a) Allegations of Violations of Probation/Supervised Release Conditions) |

  On arrest warrant issued by the United States District Court for the <u>Central District of California</u> involving alleged violations of conditions of probation/supervised release:

 1. The court finds that no condition or combination of conditions will reasonably assure:

  A. (✓) the appearance of defendant as required; and/or

  B. ( ) the safety of any person or the community.

 2. The Court concludes:

  A. ( ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any

---

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

CR-94 (06/07)                                                                                                                        Page 1 of 2

1  other persons or the community.  Defendant poses a risk to the
2  safety of other persons or the community based on:
3  _____
4  _____
5  _____
6  _____
7  _____

8    B. (✓)  Defendant has failed to demonstrate by clear and convincing
9  evidence that he is not likely to flee if released. Defendant poses
10 a flight risk based on: nature of the violations;
11 left the judicial district (E.D.Ca.) and
12 changed residence w/o notifying Probation
13 _____
14 _____
15 _____

16    IT IS ORDERED that defendant be detained.

20 DATED: Oct. 7, 2010

*Alicia G. Rosenberg*
HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE