```
                FILED
       CLERK, U.S. DISTRICT COURT

            SEP 17 2012

       CENTRAL DISTRICT OF CALIFORNIA
       BY                    DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 03-CR-133-TJH<br>05-CR-36-■■■-ABC |
| Plaintiff, | ORDER OF DETENTION AFTER |
| v. | HEARING ( Fed.R.Crim.P. 32.1(a)(6)<br>Allegations of Violations of Probation<br>Supervised Release)<br>Conditions of Release) |
| ISRAEL FORTUNATO JAUREGUI, | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (X) the appearance of defendant as required; and/or

(B) (X) the safety of any person or the community.

//
//

The court concludes:

A. (X) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

he can overcome presumption. Defendant has submitted on the issue of detention following the government's proffer.

(B) (X) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

he can overcome presumption. Defendant has submitted on the issue of detention following the government's proffer.

IT IS ORDERED that defendant be detained.

DATED: 9-17-12

HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE